RECEIVED

DEC 1 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **YAKOV G. DRABOVSKIY** | : | **DOCKET NO. 2:08-cv-1453** |
| | | Section P |
| VS. | : | **JUDGE DOHERTY** |
| **WARDEN J.P. YOUNG** | : | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant petition be **DENIED AND DISMISSED WITHOUT PREJUDICE** for those same reasons previously set forth by Magistrate Judge Kay and Judge Trimble of this court in docket number 2:07-cv-1385.

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this ___ day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE